**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Action No. 18-cr-00381-CMA-GPG-05

UNITED STATES OF AMERICA,

    Plaintiff,

v.

5. JESSICA BRADY,

    Defendant.

---

**ORDER ADOPTING AND AFFIRMING SEPTEMBER 16, 2019 RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

---

This matter is before the Court on the Recommendation of Magistrate Judge Gallagher (Doc. #237). The Court notes that pursuant to the terms of the written plea agreement, Defendant entered a plea of guilty to Count Five of the Second Superseding Indictment which charged violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C), distribution of fentanyl. The Court also notes that Defendant consented to Magistrate Judge Gallagher advising her with regard to her Constitutional rights and her rights pursuant to Rule 11 of the Federal Rules of Criminal Procedure. Magistrate Judge Gallagher conducted the Rule 11 hearing on September 16, 2019, at which time he appropriately advised the Defendant of her rights and made inquiry as to the Defendant's understanding of the charges, the terms of the plea agreement, the voluntariness of her plea, and of the consequences of pleading guilty. Based on that hearing Magistrate

Judge Gallagher recommended that the District Court Judge accept Defendant's plea of guilty to Count One of the Second Superseding Indictment.

Neither the Defendant nor the Government has filed any objections to the Magistrate Judge's Recommendation; therefore, it is ORDERED THAT:

1. Court Exhibits 1 and 2 are accepted and admitted.

2. The plea as made in open court on September 16, 2019 is accepted and the Defendant is adjudged guilty of violation of Count Five of the Second Superseding Indictment which charged violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C), distribution of fentanyl.

DATED:  September 2, 2020

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge