IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Action No. 18-cr-00381-CMA-GPG-05

UNITED STATES OF AMERICA,

    Plaintiff,

v.

5. JESSICA BRADY,

    Defendant.

---

**ORDER ADOPTING AND AFFIRMING JUNE 30, 2021 RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

---

    This matter is before the Court on the Recommendation of Magistrate Judge Gallagher (Doc. #636). The Court notes that Magistrate Judge Gallagher conducted a Revocation of Supervised Release hearing on June 30, 2021 (Doc. # 636) at which time he appropriately advised the Defendant of her rights and made inquiry as to the Defendant's understanding of the allegations and the voluntariness of her admission to guilt to the allegations. Based on that hearing, Magistrate Judge Gallagher recommended that the District Court Judge accept Defendant's admissions to Allegations 4 – 12 of the Petition.

    Neither the Defendant nor the Government has filed any objections to the Magistrate Judge's Recommendation; therefore, it is ORDERED THAT:

    1.    Defendant's admission to Allegations 4 – 12 of the Petition is accepted.

2. Government's Motion to Dismiss Allegations 1-3 of the Petition is GRANTED.

DATED: September 9, 2021

BY THE COURT:

_Christine M. Arguello_
CHRISTINE M. ARGUELLO
United States District Judge